FILED
MAY 31 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>Cassandra Taylor,<br><br>               Defendant. | Case No. 17-cr-00548-DMS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT EXONERATE BOND, AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the Indictment in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 05/31/2018

Hon. Jill L. Burkhardt
United States Magistrate Judge